**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 24, 2019

**BY EMAIL AND ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:     *United States v. Jamie Frierson*, **17 Cr. 782 (AT)**

Dear Judge Torres:

The parties write jointly in response to the Court's April 22, 2019 order requesting that the parties identify (1) the list of substances that were on the relevant New York schedules referenced in N.Y. Penal Law § 220.00(7) in 1998; and (2) any substances included on the previously mentioned New York schedules that are not presently classified as controlled substances under the Controlled Substances Act.

With respect to the Court's first request, the defendant was convicted of attempted criminal sale of a controlled substance in the third degree in violation of New York Penal Law § 220.39, subsection 1, for the sale of a "narcotic drug." Under New York Penal Law § 220.00(7), a "narcotic drug" is defined as "any controlled substance listed in schedule I(b), I(c), II(b) or II(c) other than methadone" in section 3306 of the New York Public Health Law. The set of schedules effective on the date of Mr. Frierson's arrest on March 20, 1998, and subsequent conviction on July 16, 1998, for attempted criminal sale of a controlled substance in the third degree, was effective from on or about January 22, 1998 through on or about January 31, 2001, and is attached hereto as Exhibit A.

Turning to the Court's second request, the New York Public Health Law controlled substances schedules in effect at the time of the defendant's state conviction in 1998 included three substances that are not currently scheduled under the federal Controlled Substances Act: the geometric isomers of 3-methylfentanyl, naldemedine, and naloxegol. Naldemedine and naloxegol were "included" by inference—the state schedule in 1998 classified opiates derived from opium alkaloids as a narcotic drug, which would include naldemedine and naloxegol. But neither the state nor the federal schedules in 1998 specifically listed these drugs (they were not patented for another fifteen years). Today, the federal schedule explicitly excludes naloxegol and naldemedine from the definition of "opiate." Both schedules in 1998 explicitly included the geometric isomer of 3-

methylfentanyl; the current federal schedule appears to exclude the geometric isomer of 3-methylfentanyl (at least when read literally).[1]

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:    /s/ _____
       Aline R. Flodr/Sheb Swett
       Assistant United States Attorney
       Southern District of New York
       (212) 637-1110/6522

cc:    All counsel (by email)

Encl.

---

[1]    Based on the Government's review of the relevant schedules, with respect to the geometric isomer of 3-methylfentanyl, the difference between New York's 1998 schedule and the current federal schedule appears to be driven by a simple drafting error. Prior to May 15, 2016, the federal schedule had defined opiates to include the optical isomers of various opiates that were listed in the following subsections, one through fifty-five. The definition stated that "for purposes of paragraph (b)(34) only, the term isomer includes the optical and geometric isomers." The thirty-fourth opiate on the list at that point was 3-methylfentanyl, just as it had been on both the state and federal schedules in 1998.

On May 15, 2016, though, "3-methylfentanyl" dropped one spot, to (b)(35). *Compare* 21 C.F.R. § 1308.11 (May 12, 2016) *with* 21 C.F.R. § 1308.11 (May 16, 2016). The only reason for the change appears to be that a new opioid, "AH-7921," was added to the schedule, and when new opioids are added they are added alphabetically. This caused 3-methylfentanyl to drop from (b)(34) to (b)(35). It would seem that the drafters did not realize that a preceding paragraph in the schedule referred to 3-methylfentanyl by its number on the list rather than its name, and that the renumbering would inadvertently remove the geometric isomer of 3-methylfentanyl from the definition of opiate. This drafting error has carried through to the current version of the federal schedules, even as the drafters have added additional opioids to the schedule.

The defense maintains that the Court should defer to the plain language of the current federal regulation, which excludes the geometric isomer of 3-methylfentanyl. Moreover, even if the Government's argument about a drafting error is correct, the rule of lenity governs. An average person would not be able to discern where and when a drafting error has been made, and therefore, is denied fair notice of the sentencing consequences of his conduct. This is particularly true given that, as the Government acknowledges at the end of the previous paragraph, the regulation has been amended multiple times since the discrepancy arose and has not been corrected.

# EXHIBIT A

McKinney's Consolidated Laws of New York Annotated
    Public Health Law (Refs & Annos)
        Chapter 45. Of the Consolidated Laws (Refs & Annos)
            Article 33. Controlled Substances (Refs & Annos)
                Title I. General Provisions

This section has been updated. Click here for the updated version.

McKinney's Public Health Law § 3306

§ 3306. Schedules of controlled substances

Effective: [See Text Amendments] to January 31, 2001

There are hereby established five schedules of controlled substances, to be known as schedules I, II, III, IV and V respectively. Such schedules shall consist of the following substances by whatever name or chemical designation known:

Schedule I. (a) Schedule I shall consist of the drugs and other substances, by whatever official name, common or usual name, chemical name, or brand name designated, listed in this section.

(b) Opiates. Unless specifically excepted or unless listed in another schedule, any of the following opiates, including their isomers, esters, ethers, salts, and salts of isomers, esters, and ethers, whenever the existence of such isomers, esters, ethers and salts is possible within the specific chemical designation (for purposes of 3-methylfentanyl only, the term isomer includes the optical and geometric isomers):

   (1) Acetyl-alpha-methylfentanyl (N-[1-(-methyl-2-phenethyl) -4-piperidinyl]-N-phenylacetamide.

   (2) Acetylmethadol.

   (3) Allylprodine.

   (4) Alphacetylmethadol(except levo- alphacetylmethadol also known as levo-alpha-acetylmethadol, levomethadyl acetate or LAAM).

   (5) Alphameprodine.

   (6) Alphamethadol.

   (7) Alpha-methylfentanyl (N-?1-(alpha-methyl-beta-phenyl) ethyl-4-piperidy? propionanilide; 1-(1-methyl-2-phenylethyl) -4-(N-propanilido) piperidine).

   (8) Alpha-methylthiofentanyl (N-[1-methyl-2)2-thienyl] ethyl-4-piperidinyl]-N-phenylpropanamide).

   (9) Beta-hydroxyfentanyl (N-[1-2 (2-hydroxy-2-phenethyl)- 4-piperidinyl]-N-phenylpropanamide).

   (10) Beta-hydroxy-3-methylfentanyl (other name: N-[1- (2-hydroxy-2-phenethyl) -3-methyl -4-piperidinyl]-N-phenylpropanamide.

(11) Benzethidine.

(12) Betacetylmethadol.

(13) Betameprodine.

(14) Betamethadol.

(15) Betaprodine.

(16) Clonitazene.

(17) Dextromoramide.

(18) Diampromide.

(19) Diethylthiambutene.

(20) Difenoxin.

(21) Dimenoxadol.

(22) Dimepheptanol.

(23) Dimethylthiambutene.

(24) Dioxaphetyl butyrate.

(25) Dipipanone.

(26) Ethylmethylthiambutene.

(27) Etonitazene.

(28) Etoxeridine.

(29) Furethidine.

(30) Hydroxypethidine.

(31) Ketobemidone.

(32) Levomoramide.

(33) Levophenacylmorphan.

(34) 3-Methylfentanyl (N-[3-methyl-1- (2- phenylethyl -4-piperidyl] -N-phenylpropanamide).

(35) 3-Methylthiofentanyl (N-[3-methyl-1- (2-thienyl)ethyl -4-piperidinyl]-N-phenylpropanamide).

Case 1:17-cr-00782-AT Document 73 Filed 04/24/19 Page 6 of 21

(36) Morpheridine.

(37) MPPP (1-methyl -4-phenyl -4-propionoxypiperidine).

(38) Noracymethadol.

(39) Norlevorphanol.

(40) Normethadone.

(41) Norpipanone.

(42) Para-fluorofentanyl (N- (4-fluorophenyl) -N-[1-(2-phenethyl) -4-piperidinyl]-propanamide.

(43) PEPAP (1- (-2-phenethyl) -4-phenyl -4-acetoxypiperidine.

(44) Phenadoxone.

(45) Phenampromide.

(46) Phenomorphan.

(47) Phenoperidine.

(48) Piritramide.

(49) Proheptazine.

(50) Properidine.

(51) Propiram.

(52) Racemoramide.

(53) Thiofentanyl (N-phenyl-N-[1-(2-thienyl) ethyl -4- piperidinyl] - propanamide.

(54) Tilidine.

(55) Trimeperidine.

(c) Opium derivatives. Unless specifically excepted or unless listed in another schedule, any of the following opium derivatives, its salts, isomers, and salts of isomers whenever the existence of such salts, isomers, and salts of isomers is possible within the specific chemical designation:

(1) Acetorphine.

(2) Acetyldihydrocodeine.

(3) Benzylmorphine.

(4) Codeine methylbromide.

(5) Codeine-N-oxide.

(6) Cyprenorphine.

(7) Desomorphine.

(8) Dihydromorphine.

(9) Drotebanol.

(10) Etorphine (except hydrochloride salt).

(11) Heroin.

(12) Hydromorphinol.

(13) Methyldesorphine.

(14) Methyldihydromorphine.

(15) Morphine methylbromide.

(16) Morphine methylsulfonate.

(17) Morphine-N-oxide.

(18) Myrophine.

(19) Nicocodeine.

(20) Nicomorphine.

(21) Normorphine.

(22) Pholcodine.

(23) Thebacon.

(d) Hallucinogenic substances. Unless specifically excepted or unless listed in another schedule, any material, compound, mixture, or preparation, which contains any quantity of the following hallucinogenic substances, or which contains any of its salts, isomers, and salts of isomers whenever the existence of such salts, isomers, and salts of isomers is possible within the specific chemical designation (for purposes of this paragraph only, the term "isomer" includes the optical, position and geometric isomers):

(1) 4-bromo-2, 5-dimethoxy-amphetamine Some trade or other names: 4-bromo-2, 5-dimethoxy-#-methylphenethylamine; 4-bromo-2, 5-DMA.

(2) 2, 5-dimethoxyamphetamine Some trade or other names: 2, 5-dimethoxy-# > >-methylphenethylamine; 2, 5-DMA.

(3) 4-methoxyamphetamine Some trade or other names: 4-methoxy-#-methylphenethylamine; paramethoxyamphetamine, PMA.

(4) 5-methoxy-3, 4-methylenedioxy amphetamine.

(5) 4-methyl-2, 5-dimethoxy-amphetamine Some trade and other names: 4-methyl-2, 5-dimethoxy-#-methylphenethylamine; "DOM"; and "STP".

(6) 3, 4-methylenedioxy amphetamine.

(7) 3, 4, 5-trimethoxy amphetamine.

(8) Bufotenine Some trade and other names: 3-(#-dimethylaminoethyl)-5 hydroxindole; 3-(2-dimethylaminoethyl)-5-indolol; N, N-dimethylserotonin; -5-hydroxy-N, N-dimethyltryptamine; mappine.

(9) Diethyltryptamine Some trade and other names: N, N-diethyltryptamine; DET.

(10) Dimethyltryptamine Some trade or other names: DMT.

(11) Ibogane Some trade and other names: 7-ethyl-6, 6#, 7, 8, 9, 10, 12, 13-octahydro-2-methoxy-6, 9-methano-5h-pyrido [1′,2′:1,2] azepino [5,4-b] indole: tabernanthe iboga.

(12) Lysergic acid diethylamide.

(13) Marihuana.

(14) Mescaline.

(15) Parahexyl. Some trade or other names: 3-Hexyl-1-hydroxy-7,8,9,10-tetra hydro-6,6,9-trimethyl-6H-dibenfo[b,d] pyran.

(16) Peyote. Meaning all parts of the plant presently classified botanically as Lophophora williamsii Lemaire, whether growing or not, the seeds thereof, any extract from any part of such plant, and every compound, manufacture, salts, derivative, mixture, or preparation of such plant, its seeds or extracts.

(17) N-ethyl-3-piperidyl benzilate.

(18) N-methyl-3-piperidyl benzilate.

(19) Psilocybin.

(20) Psilocyn.

(21) Tetrahydrocannabinols. Synthetic equivalents of the substances contained in the plant, or in the resinous extractives of cannabis, sp. and/or synthetic substances, derivatives, and their isomers with similar chemical structure and pharmacological activity such as the following:

#1 cis or trans tetrahydrocannabinol, and their optical isomers

#6 cis or trans tetrahydrocannabinol, and their optical isomers

#3, 4 cis or trans tetrahydrocannabinol, and its optical isomers (since nomenclature of these substances is not internationally standardized, compounds of these structures, regardless of numerical designation of atomic positions covered).

(22) Ethylamine analog of phencyclidine. Some trade or other names: N-ethyl-l-phenylcyclohexylamine, (1-phenylcyclohexyl) ethylamine, N-(1-phenylcyclohexyl) ethylamine cyclohexamine, PCE.

(23) Pyrrolidine analog of phencyclidine. Some trade or other names 1-(1-phenylcyclohexyl)-pyrrolidine; PCPy, PHP.

(24) Thiophene analog of phencyclidine. Some trade or other names: 1-[1-(2-thienyl)-cyclohexyl]-piperidine, 2-thienylanalog of phencyclidine, TPCP, TCP.

(25) 3,4-methylenedioxymethamphetamine (MDMA).

(26) 3,4-methylendioxy-N-ethylamphetamine (also known as N-ethyl-alpha-methyl-3,4 (methylenedioxy) phenethylamine, N-ethyl MDA, MDE, MDEA.

(27) N-hydroxy-3,4-methylenedioxyamphetamine (also known as N-hydroxy-alpha-methyl-3,4 (methylenedioxy) phenethylamine, and N-hydroxy MDA.

(28) 1-?1- (2-thienyl) cyclohexyl? pyrrolidine. Some other names: TCPY.

(29) Alpha-ethyltryptamine. Some trade or other names: etryptamine; Monase; Alpha-ethyl-1H-indole-3-ethanamine; 3-(2-aminobutyl) indole; Alpha-ET or AET.

(30) 2,5-dimethoxy-4-ethylamphetamine. Some trade or other names: DOET.

(e) Depressants. Unless specifically excepted or unless listed in another schedule, any material, compound, mixture, or preparation which contains any quantity of the following substances having a depressant effect on the central nervous system, including its salts, isomers, and salts of isomers whenever the existence of such salts, isomers, and salts of isomers is possible within the specific chemical designation:

(1) Mecloqualone.

(2) Methaqualone.

(3) Phencyclidine.

(f) Stimulants. Unless specifically excepted or unless listed in another schedule, any material, compound, mixture, or preparation which contains any quantity of the following substances having a stimulant effect on the central nervous system, including its salts, isomers, and salts of isomers:

(1) Fenethylline.

(2) N-ethylamphetamine.

(3) ((+ -)cis-4-methylaminorex ((+ -)cis-4,5-dihydro-4-methyl-5-phenyl-2-oxazolamine).

(4) N,N-dimethylamphetamine (also known as N,N-alpha- trimethyl-benzeneethanamine; N,N-alpha-trimethylphenethylamine).

(5) Methcathinone (some other names: 2-(methylamino) - propiophenone; alpha-(methylamino) propiophenone; 2-(methylamino) -1-phenylpropan- 1-one; alpha-N- methylaminopropiophenone; monomethylpropion; ephadrone, N-methylcathinone, methylcathinone).

(6) Aminorex. Some other names: aminoxaphen; 2-amino-5-phenyl -2-oxazoline; or 4,5-dihydro-5-phenyl-2-oxazolamine.

(7) Cathinone. Some trade or other names: 2-amino-1-phenyl-1-propanone, alpha-aminopropiophenone, 2-aminopropiophenone, and norephedrone.

Schedule II. (a) Schedule II shall consist of the drugs and other substances, by whatever official name, common or usual name, chemical name, or brand name designated, listed in this section.

(b) Substances, vegetable origin or chemical synthesis. Unless specifically excepted or unless listed in another schedule, any of the following substances whether produced directly or indirectly by extraction from substances of vegetable origin, or independently by means of chemical synthesis, or by a combination of extraction and chemical synthesis:

(1) Opium and opiate, and any salt, compound, derivative, or preparation of opium or opiate, excluding apomorphine, dextrorphan, nalbuphine, nalmefene, naloxone, and naltrexone, and their respective salts, but including the following:

  1. Raw opium.

  2. Opium extracts.

  3. Opium fluid extracts.

  4. Powdered opium.

  5. Granulated opium.

  6. Tincture of opium.

  7. Codeine.

  8. Ethylmorphine.

  9. Etorphine hydrochloride.

  10. Hydrocodone.

11. Hydromorphone.

12. Metopon.

13. Morphine.

14. Oxycodone.

15. Oxymorphone.

16. Thebaine.

(2) Any salt, compound, derivative, or preparation thereof which is chemically equivalent or identical with any of the substances referred to in this section, except that these substances shall not include the isoquinoline alkaloids of opium.

(3) Opium poppy and poppy straw.

(4) Coca leaves and any salt, compound, derivative, or preparation of coca leaves, and any salt, compound, derivative, or preparation thereof which is chemically equivalent or identical with any of these substances including cocaine and ecgonine, their salts, isomers, and salts of isomers, except that the substances shall not include decocainized coca leaves or extraction of coca leaves, which extractions do not contain cocaine or ecgonine.

(5) Concentrate of poppy straw (the crude extract of poppy straw in either liquid, solid or powder form which contains the phenanthrene alkaloids of the opium poppy).

(c) Opiates. Unless specifically excepted or unless in another schedule any of the following opiates, including its isomers, esters, ethers, salts and salts of isomers, esters and ethers whenever the existence of such isomers, esters, ethers, and salts is possible within the specific chemical designation, dextrorphan and levopropoxyphene excepted:

(1) Alfentanil.

(2) Alphaprodine.

(3) Anileridine.

(4) Bezitramide.

(5) Bulk dextropropoxyphene (non-dosage forms).

(6) Carfentanil.

(7) Dihydrocodeine.

(8) Diphenoxylate.

(9) Fentanyl.

(10) Isomethadone.

(11) Levo-alphacetylmethadol (also known as levo-alpha-acetylmethadol, levomethadyl acetate or LAAM).

(12) Levomethorphan.

(13) Levorphanol.

(14) Metazocine.

(15) Methadone.

(16) Methadone-intermediate, 4-cyano-2-dimethylamino-4, 4-diphenyl butane.

(17) Moramide-intermediate, 2-methyl-3-morpholino-1, 1-diphenylpropane-carboxylic acid.

(18) Pethidine (meperidine).

(19) Pethidine-intermediate-A, 4-cyano-1-methyl-4-phenyl- piperidine.

(20) Pethidine-intermediate-B, ethyl-4-phenylpiperidine-4-carboxylate.

(21) Pethidine-intermediate-C, 1-methyl-4- phenylpiperidine-4- carboxylic acid.

(22) Phenazocine.

(23) Piminodine.

(24) Racemethorphan.

(25) Racemorphan.

(26) Sufentanil.

(d) Stimulants. Unless specifically excepted or unless listed in another schedule, any material, compound, mixture, or preparation which contains any quantity of the following substances having a stimulant effect on the central nervous system:

(1) Amphetamine, its salts, optical isomers, and salts of its optical isomers.

(2) Methamphetamine, its salts, isomers, and salts of its isomers.

(3) Phenmetrazine and its salts.

(4) Methylphenidate.

(e) Depressants. Unless specifically excepted or unless listed in another schedule, any material, compound, mixture, or preparation which contains any quantity of the following substances having a depressant effect on the central nervous system, including its salts, isomers, and salts of isomers whenever the existence of such salts, isomers, and salts of isomers is possible within the specific chemical designation:

(1) Amobarbital.

(2) Glutethimide.

(3) Pentobarbital.

(4) Secobarbital.

(f) Hallucinogenic substances.

(1) Dronabinol (synthetic) in sesame oil and encapsulated in a soft gelatin capsule in a U.S. Food and Drug Administration approved drug product. Some other names for dronabinol: (6aR-trans) -6a, 7, 8, 10a-tetrahydro-6, 6, 9-trimethyl -3-pentyl -6H-dibenzo [b,d] pyran-1-ol, or (-) delta-9-(trans) - tetrahydrocannabinol.

(2) Nabilone: Another name for nabilone: (+, -)-trans -3-(1,1-dimethylheptyl) -6, 6a, 7, 8, 10, 10a-hexahydro -1-hydroxy -6, 6-dimethyl -9H-dibenzo [b,d] pyran-9-one.

(g) Immediate precursors. Unless specifically excepted or unless listed in another schedule, any material, compound, mixture or preparation which contains any quantity of the following substances:

(1) Immediate precursor to amphetamine and methamphetamine:

(i) [1] Phenylacetone Some trade or other names: pheny1-2-propanone; P2P; benzyl methyl ketone; methyl benzyl ketone;

(2) Immediate precursors to phencyclidine (PCP):

(i) l-phenylcyclohexylamine;

(ii) l-piperidinocyclohexanecarbonitrile (PCC).

(h) Anabolic steroids. Unless specifically excepted or unless listed in another schedule, "anabolic steroid" shall mean any drug or hormonal substance, chemically and pharmacologically related to testosterone (other than estrogens, progestins and corticosteroids) that promotes muscle growth, any drug or hormonal substance that stimulates the endogenous production of steroids in the human body which acts in the same manner, or any material, compound, mixture, or preparation which contains any amount of the following substances:

(1) Boldenone.

(2) Clostebol.

(3) Dehydrochlormethyltestosterone.

(4) Drostanolone.

(5) Ethylestrenol.

(6) Fluoxymesterone.

(7) Formebulone (formebolone).

(8) Mesterolene.

(9) Methandriol.

(10) Methandrostenolone.

(11) Methenolone.

(12) Methyltestosterone.

(13) Mibolerone.

(14) Nandrolone.

(15) Norethandrolone.

(16) Oxandrolone.

(17) Oxymesterone.

(18) Oxymetholone.

(19) Stanolone.

(20) Stanozolol.

(21) Testosterone.

(22) Trenbolone.

(23) Any salt, ester or isomer of a drug or substance described or listed in this subdivision, if such salt, ester or isomer promotes muscle growth.

(i) Subdivision (h) of this section shall not include any substance containing anabolic steroids expressly intended for administration through implants to cattle or other nonhuman species and that are approved by the federal food and drug administration solely for such use. Any individual who knowingly and willfully administers to himself or another person, prescribes, dispenses or distributes such substances for other than implantation to cattle or nonhuman species shall be subject to the same penalties as a practitioner who violates the provisions of this section or any other penalties prescribed by law.

j. [2] Chorionic gonadotrophin. Unless specifically excepted or unless listed in another schedule any material, compound, mixture, or preparation which contains any amount of chorionic gonadotrophin.

Schedule III. (a) Schedule III shall consist of the drugs and other substances, by whatever official name, common or usual name, chemical name, or brand name designated, listed in this section.

(b) Stimulants. Unless specifically excepted or unless listed in another schedule, any material, compound, mixture, or preparation which contains any quantity of the following substances having a stimulant effect on the central nervous system, including its salts, isomers (whether optical, position, or geometric), and salts of such isomers whenever the existence of such salts, isomers, and salts of isomers is possible within the specific chemical designation:

(1) Those compounds, mixtures, or preparations in dosage unit form containing any stimulant substances listed in schedule II which compounds, mixtures, or preparations were listed on August twenty-five, nineteen hundred seventy-one, as excepted compounds under title twenty-one, section 308.32 of the code of federal regulations and any other drug of the quantitative composition shown in that list for those drugs or which is the same except that it contains a lesser quantity of controlled substances.

(2) Benzphetamine.

(3) Chlorphentermine.

(4) Clortermine.

(5) Ketamine.

(6) Phendimetrazine.

(c) Depressants. Unless specifically excepted or unless listed in another schedule, any material, compound, mixture, or preparation which contains any quantity of the following substances having a depressant effect on the central nervous system:

(1) Any compound, mixture or preparation containing:

(i) Amobarbital;

(ii) Secobarbital;

(iii) Pentobarbital;

or any salt thereof and one or more other active medicinal ingredients which are not listed in any schedule.

(2) Any suppository dosage form containing:

(i) Amobarbital;

(ii) Secobarbital;

(iii) Pentobarbital;

or any salt of any of these drugs and approved by the federal food and drug administration for marketing only as a suppository.

(3) Any substance which contains any quantity of a derivative of barbituric acid or any salt thereof.

(4) Chlorhexadol.

(5) Lysergic acid.

(6) Lysergic acid amide.

(7) Methyprylon.

(8) Sulfondiethylmethane.

(9) Sulfonethylmethane.

(10) Sulfonmethane.

(11) Tiletamine and zolazepam or any salt thereof. Some trade or other names for a tiletamine-zolazepam combination product: Telazol. Some trade or other names for tiletamine: 2-(ethylamino) -2-(2-thienyl) -cyclohexanone. Some trade or other names for zolazepam: 4-(2-fluorophenyl) -6,8-dihydro -1, 3, 8i-trimethylpyrazolo- ?3,4-e? ?1,4?-diazepin-7(1H)- one, flupyrazapon.

(d) Nalorphine.

(e) Narcotic drugs. Unless specifically excepted or unless listed in another schedule, any material, compound, mixture, or preparation containing any of the following narcotic drugs, or their salts calculated as the free anhydrous base or alkaloid, in limited quantities as set forth below:

(1) Not more than 1.8 grams of codeine per one hundred milliliters or not more than ninety milligrams per dosage unit, with an equal or greater quantity of an isoquinoline alkaloid of opium.

(2) Not more than 1.8 grams of codeine per one hundred milliliters or not more than ninety milligrams per dosage unit, with one or more active, nonnarcotic ingredients in recognized therapeutic amounts.

(3) Not more than three hundred milligrams of dihydrocodeinone (hydrocodone) per one hundred milliliters or not more than fifteen milligrams per dosage unit, with a fourfold or greater quantity of an isoquinoline alkaloid of opium.

(4) Not more than three hundred milligrams of dihydrocodeinone (hydrocodone) per one hundred milliliters or not more than fifteen milligrams per dosage unit, with one or more active nonnarcotic ingredients in recognized therapeutic amounts.

(5) Not more than 1.8 grams of dihydrocodeine per one hundred milliliters or not more than ninety milligrams per dosage unit, with one or more active nonnarcotic ingredients in recognized therapeutic amounts.

(6) Not more than three hundred milligrams of ethylmorphine per one hundred milliliters or not more than fifteen milligrams per dosage unit, with one or more active, nonnarcotic ingredients in recognized therapeutic amounts.

(7) Not more than five hundred milligrams of opium per one hundred milliliters or per one hundred grams or not more than twenty-five milligrams per dosage unit, with one or more active, nonnarcotic ingredients in recognized therapeutic amounts.

(8) Not more than fifty milligrams of morphine per one hundred milliliters or per one hundred grams, with one or more active, nonnarcotic ingredients in recognized therapeutic amounts.

Schedule IV. (a) Schedule IV shall consist of the drugs and other substances, by whatever official name, common or usual name, chemical name, or brand name designated, listed in this section.

(b) Narcotic drugs. Unless specifically excepted or unless listed in another schedule, any material, compound, mixture, or preparation containing any of the following narcotic drugs, or their salts calculated as the free anhydrous base or alkaloid, in limited quantities as set forth below:

(1) Not more than one milligram of difenoxin and not less than twenty-five micrograms of atropine sulfate per dosage unit.

(2) Dextropropoxyphene (alpha-(+)-4-dimethylamino-1, 2-diphenyl-3-methyl-2-propionoxybutane).

(c) Depressants. Unless specifically excepted or unless listed in another schedule, any material, compound, mixture, or preparation which contains any quantity of the following substances, including its salts, isomers, and salts of isomers whenever the existence of such salts, isomers, and salts of isomers is possible within the specific chemical designation:

    (1) Alprazolam.

    (2) Barbital.

    (3) Bromazepam.

    (4) Camazepam.

    (5) Chloral betaine.

    (6) Chloral hydrate.

    (7) Chlordiazepoxide.

    (8) Clobazam.

    (9) Clonazepam.

    (10) Clorazepate.

    (11) Clotiazepam.

    (12) Cloxazolam.

    (13) Delorazepam.

    (14) Diazepam.

    (15) Estazolam.

    (16) Ethchlorvynol.

(17) Ethinamate.

(18) Ethyl Loflazepate.

(19) Fludiazepam.

(20) Flunitrazepam.

(21) Flurazepam.

(22) Halazepam.

(23) Haloxazolam.

(24) Ketazolam.

(25) Loprazolam.

(26) Lorazepam.

(27) Lormetazepam.

(28) Mebutamate.

(29) Medazepam.

(30) Meprobamate.

(31) Methohexital.

(32) Methylphenobarbital (mephobarbital).

(33) Nimetazepam.

(34) Nitrazepam.

(35) Nordiazepam.

(36) Oxazepam.

(37) Oxazolam.

(38) Paraldehyde.

(39) Petrichoral.

(40) Phenobarbital.

(41) Pinazepam.

(42) Prazepam.

(43) Temazepam.

(44) Tetrazepam.

(45) Triazolam.

(46) Midazolam.

(47) Quazepam.

(48) Zolpidem Tartrate.

(d) [For contingent effective date of omission of this subd. by L.1996, c. 443, see note below.] Fenfluramine. Any material, compound, mixture, or preparation which contains any quantity of the following substances, including its salts, isomers (whether optical, position, or geometric), and salts of such isomers, whenever the existence of such salts, isomers and salts of isomers is possible:

(1) Fenfluramine.

(e) Stimulants. Unless specifically excepted or unless listed in another schedule, any material, compound, mixture, or preparation which contains any quantity of the following substances having a stimulant effect on the central nervous system, including its salts, isomers, and salts of such isomers:

(1) Cathine ((+) - norpseudoephedrine).

(2) Diethylpropion.

(3) Fencamfamin.

(4) Fenproporex.

(5) Mazindol.

(6) Mefenorex.

(7) Pemoline (including organometallic complexes and chelates thereof).

(8) Phentermine.

(9) Pipradrol.

(10) SPA ((-))-1-dimethylamino-1, 2-diphenylethane).

(f) Other substances. Unless specifically excepted or unless listed in another schedule, any material, compound, mixture or preparation which contains any quantity of the following substances, including its salts:

(1) Pentazocine.

Schedule V. (a) Schedule V shall consist of the drugs and other substances, by whatever official name, common or usual name, chemical name, or brand name designated, listed in this section.

(b) Narcotic drugs containing nonnarcotic active medicinal ingredients. Any compound, mixture, or preparation containing any of the following narcotic drugs, or their salts calculated as the free anhydrous base or alkaloid, in limited quantities as set forth below, which shall include one or more nonnarcotic active medicinal ingredients in sufficient proportion to confer upon the compound, mixture, or preparation valuable medicinal qualitites [3] other than those possessed by narcotic drugs alone:

(1) Not more than two hundred milligrams of codeine per one hundred milliliters or per one hundred grams.

(2) Not more than one hundred milligrams of dihydrocodeine per one hundred milliliters or per one hundred grams.

(3) Not more than one hundred milligrams of ethylmorphine per one hundred milliliters or per one hundred grams.

(4) Not more than 2.5 milligrams of diphenoxylate and not less than twenty-five micrograms of atropine sulfate per dosage unit.

(5) Not more than one hundred milligrams of opium per one hundred milliliters or per one hundred grams.

(6) Not more than 0.5 milligram of difenoxin and not less than twenty-five micrograms of atropine sulfate per dosage unit.

(c) Narcotic drugs. Unless specifically excepted or unless listed in another schedule, any material compound, mixture or preparation containing any of the following narcotic drugs and their salts, as set forth below:

(1) Buprenorphine.

(d) Stimulants. Unless specifically exempted or excluded or unless listed in another schedule, any material, compound, mixture, or preparation which contains any quantity of the following substances having a stimulant effect on the central nervous system, including its salts, isomers and salts of isomers:

(1) Pyrovalerone.

**Credits**
(Added L.1985, c. 664, § 1; amended L.1986, c. 826, § 1; L.1987, c. 44, § 1, 2; L.1989, c. 418, § 1; L.1990, c. 640, §§ 1, 2; L.1992, c. 115, § 1; L.1993, c. 473, § 1.)

(As amended L.1995, c. 452, §§ 1, 2; L.1996, c. 443, § 1; L.1996, c. 589, §§ 1 to 10; L.1997, c. 635, § 2, eff. Jan. 22, 1998.)

PUBLIC HEALTH LAW

Footnotes
1    So in original. No (ii) has been enacted.
2    So in original. Probably should be "(j)".

3     So in original.

McKinney's Public Health Law § 3306, NY PUB HEALTH § 3306
Current through L.2019, chapters 1 to 28.

**End of Document**                                         © 2019 Thomson Reuters. No claim to original U.S. Government Works.